# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS

Misc. Action No. 2:21-mc-00052

Related to: Case No. 15-880

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Forbes Media LLC states that it is a privately owned company and that no publicly held corporation owns 10% or more of its stock.

Dated: January 27, 2021                    Respectfully submitted,

s/ Paula Knudsen Burke

Paula Knudsen Burke [PA 87607]
pknudsen@rcfp.org
Katie Townsend*
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Pro hac vice application pending

1

_Counsel for Applicants Forbes Media LLC_
_and Thomas Brewster_