IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPLICATION OF ) <br> FORBES MEDIA LLC ) <br> AND THOMAS BREWSTER ) <br> TO UNSEAL RECORDS ) | MISC. NO. 21-52 |

**GOVERNMENT'S MOTION FOR
ENLARGEMENT OF TIME TO FILE A RESPONSE**

The United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Shardul S. Desai, Assistant United States Attorney in and for said District, files the following Motion for Enlargement of Time to File a Response. In support thereof, the United States avers the following:

1. On January 25, 2021, Forbes Media LLC and Thomas Brewster filed an application to unseal records. This Court ordered that the Government would have 14 days to respond to this application. As such, the Government's response is due on February 8, 2021.

2. The United States needs additional time to respond in this case. The applicants do not oppose a continuance until February 16, 2021.

3. Therefore, the United States respectfully requests an extension to file its response on or before February 16, 2021.

WHEREFORE, the United States respectfully requests that this Honorable Court grant a short extension for the government to file its Response.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: s/ *Shardul S. Desai*
SHARDUL S. DESAI
Assistant U.S. Attorney
DC ID No. 990299