IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPLICATION OF )<br>FORBES MEDIA LLC )<br>AND THOMAS BREWSTER )<br>TO UNSEAL RECORDS ) | Misc. No. 21-52 |

### **O R D E R**

AND NOW, this _____ day of February, 2021, upon consideration of the United States of America's Motion for Enlargement of Time to a Response, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is GRANTED.

IT IS FURTHER ORDERED that the United States of America's Response is due on or before Tuesday February 16, 2021.

_____
THE HONORABLE MARK R. HORNAK
UNITED STATES CHIEF DISTRICT JUDGE

cc:   Counsel of record