IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPLICATION OF )<br>FORBES MEDIA LLC )<br>AND THOMAS BREWSTER )<br>TO UNSEAL RECORDS ) | MISC. NO. 21-52 |

## **O R D E R**

AND NOW, to wit, this 17th day of February, 2021, it is hereby ORDERED that the United States of America's Motion for Leave to File an Response Under Seal is hereby GRANTED; and

IT FURTHER IS ORDERED that the United States of America's Response be filed under seal; and

IT FURTHER IS ORDERED that the United States of America shall file a redacted Response on the public docket; and

IT FURTHER IS ORDERED that the Petitioners and their counsel are prohibited from disclosing, publicizing, disseminating, distributing, and/or sharing any information that is under seal in this matter without leave from the Court.

                                                                               s/ Mark R. Hornak
                                                          THE HONORABLE MARK R. HORNAK
                                                          UNITED STATES DISTRICT JUDGE

cc:  Counsel of record

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
s/ Mark R. Hornak
Chief United States District Judge