IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| APPLICATION OF ) | Misc. No. 21 – 52 |
| FORBES MEDIA LLC. AND ) | |
| THOMAS BREWSTER TO ) | |
| UNSEAL RECORDS ) | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

NOTICE is hereby given that Brian M. Czarnecki, Assistant United States Attorney, is replacing Shardul S. Desai as counsel of record for the government in the above captioned matter.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

*/s/ Brian M. Czarnecki*
BRIAN M. CZARNECKI
Assistant U.S. Attorney
DC ID No. 1047275
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
(412) 894-7364 (Office)
Brian.czarnecki@usdoj.gov