**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL RECORDS | ) ) ) ) ) ) |

Misc. No. 2:21-mc-52-MRH
Chief Judge Mark R. Hornak

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

The United States respectfully calls to the Court's attention the attached report and recommendation filed on April 26, 2021, in *Forbes Media LLC, et al. v. United States*, No. 21-mc-80017 (N.D. Cal.).

This development is relevant because it concerns an attempt to unseal records by the same applicants as in this Court, also based on the "court records unsealed in the Southern District of California in February 2020." Appl., ECF No. 1 ¶ 10; *see also* Resp. in Opp'n, ECF No. 12 at 3 n.1 (noting two applications filed in the Western District of Washington, No. 21-mc-7, and the Northern District of California, No. 21-mc-80017).[1]

In the Northern District of California action, the applicants filed objections to the report and recommendation on May 10, 2021, seeking *de novo* review by the district court. That court set a briefing schedule and set a hearing for June 24, 2021.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

*s/ Matthew S. McHale*
MATTHEW S. McHALE (PA ID No. 91880)
Assistant U.S. Attorney
BRIAN CZARNECKI
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse

---

[1] As the United States has explained, *see* ECF No. 12 at 2, the description of the Southern District of California records as having been "unsealed" is incomplete.

700 Grant Street, Suite 4000
Pittsburgh, PA 15219
matthew.mchale@usdoj.gov
(412) 894-7568
*Counsel for Respondent United States*