IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE APPLICATION OF FORBES MEDIA LLC AND THOMAS BREWSTER TO UNSEAL COURT RECORDS | ) ) ) ) ) ) ) 21-mc-52<br><br>Chief Judge Mark R. Hornak |

## ORDER

AND NOW, on this 2nd day of December, 2022, the Court hereby enters the following Order: For the reasons set forth in the Court's Opinion of this date the Motions of the Petitioners are GRANTED on the following terms:

- Consistent with the Court's Opinion of this date, the Court will provide the Government with its proposed redactions to the All Writs Application filed by the Government in 15-mc-880 at ECF No. 1, and the Order that this Court issued in that case at ECF No. 2. Upon receipt of those documents from the Court, the Government shall have seven (7) days to file any objections to the Court's redactions and may do so under seal without the need for redaction. After the Court receives and rules on any such objections, the Court will post the redacted version of the referenced Application.

- The docket and all docket entries in 15-mc-880 shall be UNSEALED IN FULL.

- The Government's Response in Opposition to Petitioner's Motion to Unseal (ECF No. 16) shall be UNSEALED with only the bar number of counsel for the Government who signed the Response redacted.

- The posting of the redacted Application, and the unsealing of documents as set out in this Order will be stayed for a period of fourteen (14) days, to permit the Government to seek a stay or other relief, if such is supported by applicable law.

- The Government shall provide notice to the Court as to the status of the criminal investigation that underlies the All Writs Act Application and Order issued in 15-mc-880 and/or any eventual prosecution no less than every 90 days, beginning on the date that the Application and Order are unsealed in redacted form. Such notice shall be filed under seal without the need for redaction in 21-mc-52.

s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge